UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON A. CINTRON,

                Petitioner,

    *- against –*                                 19 CV 10867 (NSR) (LMS)

SUPERINTENDENT MELECIO,                  <u>ORDER</u>

                Respondent.

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.[1]**

       Petitioner commenced this action seeking a writ of habeas corpus on November 20, 2019. ECF No. 2. Respondent filed its opposition on March 19, 2020. ECF Nos. 11-13.[2] In the event the Petitioner is unaware of his right to file a reply, the Court hereby informs Petitioner that he may file a reply that responds to the arguments raised in Respondent's opposition. If Petitioner chooses to submit a reply, he must place his reply in the mail no later than 30 days from the date of this Order. A copy of this Order was mailed by chambers to pro se Petitioner of record.

Dated: July 16, 2020
       White Plains, New York

                                                **SO ORDERED,**

                                                Lisa Margaret Smith
                                                United States Magistrate Judge
                                                Southern District of New York

---

[1] The Honorable Nelson S. Román referred this matter to the undersigned on December 6, 2019. ECF No. 6.

[2] On March 20, 2020, Respondent filed a letter informing the Court that Respondent had mistakenly filed the wrong document as its Exhibits Volume III when it filed its Memorandum of Law. ECF No. 13. This letter included the corrected exhibits volume. <u>Id.</u>